UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TATTOO ART, INC.,

    Plaintiff,

v

TAT INTERNATIONAL, LLC,

    Defendant.

Case No. 1:12-mc-00033-GJQ

HON. GORDON J. QUIST

## ORDER TO SHOW CAUSE WHY BONNIE J. KNAPP AND BON J. STONEWARE, LLC SHOULD NOT BE ADDED AS PARTIES

This matter is before the Court on Plaintiff Tattoo Art, Inc.'s Motion to Add Bonnie J. Knapp and Bon J. Stoneware, LLC as parties. The Court having reviewed Plaintiff Tattoo Art, Inc.'s Brief in Support of its Motion, and being otherwise fully advised in the premises, accordingly:

**IT IS HEREBY ORDERED THAT** Bonnie J. Knapp and Bon J. Stoneware, LLC shall appear before this Court on <u>July 26,</u> , 2012 at <u>10:30</u> to show cause, if any there by, why they should not be added as parties to this action.

Counsel for Tattoo Art, Inc. shall serve this Order on Bonnie J. Knapp and Bon J. Stoneware, LLC by first class mail and shall file an appropriate certificate of service.

**IT IS SO ORDERED.**

Dated: <u>July 11,</u> , 2012

/s/ Hugh W. Brenneman, Jr.
U.S. Magistrate Judge