UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TATTOO ART, INC.,

        Plaintiff,

v.

TAT INTERNATIONAL, LLC,

        Defendant.

                              /

Case No. 1:12-mc-33

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on December 12, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** the Report and Recommendation of the magistrate judge, filed December 12, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that: (1) Bonnie J. Knapp and Bon J. Stoneware, LLC's Request for Expedited Consideration (docket no. 140) is **GRANTED**; and (2) Bonnie J. Knapp and Bon J. Stoneware, LLC's Motion to Set Aside Court Orders and to Dismiss Bonnie J. Knapp and Bon J. Stoneware and Motion for Order Setting Mater for Hearing Before a Jury (docket nos. 133 and 138) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Bonnie J. Knapp and Bon J. Stoneware, LLC's Jury Demand (docket no. 136) is **GRANTED**. Accordingly, Bonnie J. Knapp and Bon J. Stoneware, LLC's jury demand (docket no. 134) is **STRICKEN**.

Dated: January 22, 2013                                              /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE